## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | A CHAPTER 11 PROCEEDING |
| Kevin Smith and | ) | |
| Susan Smith, | ) | Case No. 15-28256 |
| Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge: Donald R. Cassling |

### NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on November 29, 2016 at 10:00 am, John J. Lynch of The Lynch Law Offices, P.C. shall appear before the Honorable Donald R Cassling, or any judge sitting in his stead, in Courtroom 619, in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois and present;

### MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE

/s/ John J. Lynch

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing Notice of Motion and Motion by electronic filing or U.S. Mail in Lisle, Illinois to the above-named parties on November 3, 2016.

/s/ John J. Lynch

John J. Lynch (No. 6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532
Phone: (630) 960-4700

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 15-28256 |
|     Kevin Smith and Susan Smith ) | |
| ) | Chapter 11 |
|                        Debtors ) | |
| ) | Judge Donald R. Cassling |
| ) | |
| ) | |

## SERVICE LIST

**Patrick S. Layng**
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(Via ECF)

**Kathryn M. Gleason**
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
(Via ECF)

**JPMorgan Chase Bank, National Association**
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203
(VIA 1ST CLASS U.S. MAIL)

**Deutsche Bank National Trust Co., etc.
a/k/a Ocwen Loan Servicing, LLC**
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605
(VIA 1ST CLASS U.S. MAIL)

**Compass Bank**
P.O. Box 201347
Arlington, TX 76006
(VIA 1ST CLASS U.S. MAIL)

**JPMorgan Chase Bank, N.A.**
c/o Edward R. Peterka
Manley Deas Kochalski
1 East Wacker Dr., Ste. 1250
Chicago, IL 60601
(Via ECF)

**Compass Bank**
c/o Marian Garza
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006
(Via ECF)

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | A CHAPTER 11 PROCEEDING |
| Kevin Smith and ) | |
| Susan Smith, ) | Case No. 15-28256 |
| Debtors. ) | |
| ) | |
| ) | Honorable Judge: Donald R. Cassling |

### DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE

NOW COMES the Debtor(s) Kevin Smith and Susan Smith, by and through their attorney John J Lynch of Lynch Law Offices, P.C., and moves this Honorable Court for entry of a Final Decree and to close this Case, and in support thereof states as follows:

1. On August 8, 2015 (the "Petition Date"), the Debtors commenced their voluntary chapter 11 bankruptcy case.

2. On October 17, 2016, this honorable court entered an Order (the "Confirmation Order"), approving the disclosure statement and confirming the Debtors Plan of Reorganization (the "Plan").

3. Subsequently, the Debtors have undertaken those steps necessary to substantially consummate the confirmed Plan as provided under Section 1101(2) of Title 11 of the United States Code (the "Bankruptcy Code") which states that *"substantial consummation " means — (A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan"*.

4. More specifically, the Debtors have commenced distribution under the Plan as indicated in Exhibit A attached hereto and made apart hereof. Each of the requirements under Section 1101(2) of the Bankruptcy Code is summarized below. There has been substantial consummation of the Plan confirmed by the Court on October 17, 2016. No property was proposed by the Plan to be transferred; the debtors have assumed the management of all the property dealt with by the plan; and the debtors have commenced distribution under the plan. Each of these three requirements under 11 USC §1101(2) is summarized below.

#### I. Transfer of Property.

The Plan proposes no transfers of property. Accordingly, all property transfers anticipated by the Plan have been completed.

## II. Assumption by Debtors of Management of Property.

The plan provided for the debtors to stay in control of their assets after confirmation. Since the date of confirmation, the debtors have remained in control and have operated pursuant to the terms of the plan.

## III. Distributions.

After the effective date of October 17, 2016 the Debtors commenced distributions under the plan. The Debtors have paid all administrative expenses that have come due, and have commenced making payments in accordance with Plan provisions.

5.  As indicated above the Plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that to the best of the Debtors' knowledge, all allowed administrative claims have been paid, and the final administrative expenses, compensation of counsel for the Debtor has been paid in the amount of $15,000.00 and the balance of counsels' fee will be paid post-closing and all other Professional Fees have been paid, and payment of the final U.S. Trustee fee for the present quarter, will be paid in conjunction with the approval of this motion. Debtors do not anticipate that there will be any further administrative claims sought by creditors. The Debtors have completed the transfer of all property to be transferred under the Plan. All pending motions, contested matters and adversary proceedings have been resolved or will be resolved prior to or concurrently with a hearing on this Motion. The Debtors will pay any outstanding quarterly fees to the Office of the United States Trustee through the 4th quarter of 2016 in conjunction with the Court's approval of this motion.

6.  It is in the interests of judicial economy to enter a Final Decree and an order to close the case.

WHEREFORE, the Debtors respectfully seek entry of an Order by this Court: (i) granting the Debtors' Motion for entry of a Final Decree in this case, (ii) closing the case, and (iii) for such further relief as the Court deems just and appropriate.

Respectfully submitted this 3rd day of November, 2016.

Kevin Smith and Susan Smith
By: /s/ John J. Lynch their Attorney
John J. Lynch (No. 6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532
Phone: (630) 960-4700