UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-28256 |
| Kevin Smith and Susan Smith | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion for Final Decree and Closing this Case**

This matter coming to be heard upon the motion of the Debtors, Kevin Smith and Susan Smith for the entry of a Final Decree and Order closing this case, notice having been given; no objections having been heard:the court having jurisdiction and being fully advised in the premise;

Whereas, Kevin Smith and Susan Smith filed a voluntary petition under title 11, Chapter 11 in the United States Bankruptcy Court for the Northern District of Illinois on August 8, 2015.

Whereas, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on October 17, 2016;

Whereas, Federal Rules of Bankruptcy Procedure section 3022 provides for the entry of a Final Decree;

Whereas, the Debtors have reported to this court that the Plan of Reorganization has been substantially consummated; and

The Court finds that the debtors have demonstrated substantial consummation of the Plan as defined in 11 U.S.C. Section 1101(2), and that it is in the best interest of judicial and private economy to close the case.

It is hereby Ordered, Adjudged and Decreed as follows:

1. The Chapter 11 case is administratively closed;
2. The court will retain jurisdiction to hear all matters as specified in the confirmed plan;
3. The Debtors may move to open this case for purposes of receiving a discharge when all plan payments have been completed or the Debtors otherwise qualify for a discharge under 11 U.S.C. Section 1141(d)(5).

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 29, 2016

**Prepared by:**

John J. Lynch, # 6270193
Lynch Law Offices, P.C.
1011 Warrenville Road, Ste. 150
Lisle, IL 60532